UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
**FILED**

FEB 1 3 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
NICHOLAS RYAN MACKEY, )
) 4:20CR104 HEA/PLC
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 11, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**NICHOLAS RYAN MACKEY,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
KATHARINE A. DOLIN, #64817MO
Special Assistant United States Attorney